This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARGARET MEDINA,**

    Worker-Appellee,

v.                                   **NO. 31,405**

**GENERAL ELECTRIC AVIATION
and GENERAL ELECTRIC, TPA
SEDGWICK CMS,**

    Employer/Insurer-Appellants.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION
Victor S. Lopez, Workers' Compensation Judge**

Margaret Medina
Albuquerque, NM

Pro Se Appellee

Kelly A. Genova, P.C.
Kelly A. Genova
Albuquerque, NM

for Appellants

## MEMORANDUM OPINION

**WECHSLER, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

                               _____

                               **JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Judge**

_____

**LINDA M. VANZI, Judge**